# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00176-CV

---

**Leslie Paul Stephens, Appellant**

**v.**

**Cameron Arthur Bird, Judith Ann Bird; Benjamin Travis Robertson; Jessica Jane Robertson; George Gene Brummer; Kimale Langdon Brummer; and Stone Mountain Texas Property Owners' Association, Inc., Appellees**

---

### FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
### NO. 57494, THE HONORABLE EVAN C. STUBBS, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Leslie Paul Stephens and appellees George Gene Brummer and Kimale Langdon Brummer have filed a joint agreed motion to abate this appeal for the entry of a final judgment addressing the Brummers' request for attorney's fees on their Rule 91a motion to dismiss. *See* Tex. R. Civ. P. 91a.7. The remaining appellees, Cameron Arthur Bird, Judith Ann Bird, Benjamin Travis Robertson, Jessica Jane Robertson, and Stone Mountain Texas Property Owners' Association, Inc. have notified this Court that they do not oppose the requested abatement.

We grant the joint agreed motion, abate the appeal, and remand this cause to the trial court for the entry of a final judgment addressing the issue of attorney's fees. *See* Tex. R. App. P. 27.2 (stating that "appellate court may allow an appealed order that is not final to be

modified so as to be made final and may allow the modified order and all proceedings relating to it to be included in a supplemental record"). A supplemental record containing the final judgment shall be filed with this Court on or before **November 19, 2025**. This appeal will be reinstated after the supplemental clerk's record is filed.

It is ordered on October 20, 2025.


Before Chief Justice Byrne, Justices Crump and Ellis

Abated

Filed: October 20, 2025

2